UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MICHELLE WILE,

    Plaintiff,

      v.

MAINE VETERANS' HOMES,

    Defendant.

Civil Action No.  1:16-cv-00044-JDL

## STIPULATION OF DISMISSAL

**NOW COME** the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party.

Dated:  March 14, 2016

/s/ *Chad T. Hansen*
Chad T. Hansen, Esq.
Attorney for Plaintiff

Maine Employee Rights Group
92 Exchange Street
Portland, Maine 04101
Tel:  (207) 874-0905

Dated:  March 14, 2016

/s/ *Richard G. Moon*
Richard G. Moon, Esq.
Attorney for Defendant

Verrill Dana, LLP
P. O. Box 586
Portland, ME 04112-0586
(207) 774-4000 (Telephone)
(207) 774-7499 (Fax)

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document upon all counsel of record through this Court's electronic filing system on the date below.

Dated:  March 14, 2016                    _/s/  Chad T. Hansen_